RECEIVED IN
COURT OF CRIMINAL APPE...

FEB 27 2015

Abel Acosta, Clerk

In The

Court OF Criminal Appeals of Texas.

Alan Omar Rodriguez, Pro-se X D.O.B. _____
Petitioner.
                                    X Date 2/8/15
The State of Texas, et al.          X Tri Case No 1378403 / 01-14-00206-CR,
Respondens.                         — "1378403-#10-10 }

Pro-Se Motion For Extension of Time, Timely Filed, for discretionary Review.
pursuant to The Appropriate Rules. 30 day extension requested.

To the presiding honorable Appellate Judge, Court of Criminal appeals of Crimi-
nal Appeals of Texas,

FILED IN
COURT OF CRIMINAL APPEALS
FEB 27 2015
Abel Acosta, Clerk

Now comes the Petitioner, Alan Omar Rodriguez, Pro Se, an indigent Layman of the Law in Forma Pauperis and prisoner in the T.D.C. J. Ramsey I Unit of Roshadon, Texas. Petitioner humbly enters this honorable court with this Motion for extension of time for the above Styled and Numbered Cause. Petitioner humbly Moves the court to tender the Motion filed in good Faith for the better ends of justice.

In Support of this Motion Petitioner will show as follows:

① Petitioner has been Proceeding In Forma Pauperis and Petitioner moves the court For court's leave to File this Pro-Se litigation.

②. Jurisdiction lie in this Court to entertain this Matter.

③. The Cause OF Action is to avoid an illegal and unconstitutional incarceration a Federal Protection.

④ Petitioner's claims are real and merit relief Sought

⑤. No evidence to convict exist. Complete Innocence, Insufficient evidence,      page      1 of 3.

⑥ That on or about 2/10/15 Petitioner received notice from Appellate Counsel, Juni Maselli Wood, TBN. 00791195, ph. No (713) 368-0016, that a Petition for Discretionary Review was required and to request this extension of time.

⑦ Petitioner cannot file a P.D.R. without any legal documents, i.e., Appellate Briefs, Trial Transcripts, Appellate Court Opinion & Judgement, and Other.

⑧ Petitioner moves the Court to stay the Mandate.

⑨ Petitioner will show ineffective assistance of Counsel at trial and on the appellate level.

⑩ Petitioner will show a capricious conviction by the prosecutor and other legal claims.

⑪ Petitioner will show abuse of discretion by the Court. All the above and more will be referred to in the record. This litigation is Not frivolous, rather in good faith, with good cause to right the wrong the State has committed and to obtain relief from an illegal incarceration.

## Prayer

Petitioner prays this Motion is granted by this honorable Court for the better ends of justice.

P 2. of 3.

### Certificate of Declaration,

Due to incarceration No Notary is immidiately available compelling this declaration that the foregoing is true and correct to the best of my Knowledge and understanding.

A copy was served to the St. Prosection Attorney, P.O. Box 12405, Austin, Tx. 78711. All via U.S. Mail postage pre paid this 18th day of February 2015. Copy of letter to App. Attorny requesting record on appeal is included to the Court.

Respectfully Submitted and signed.

*Aldn Omar Rodriguez*

Aran Omar Rodriguez, Pro-se
1928606, Ramsey 1 Unit
1100 Fm 655
Roshason, Tx. 77583.

### Order

This Court having heard Motion for extension of Time grants the Motion to extend time to file for 30 days until ___ ___ 2015, So ordered.

Javi, Maselli Wood.          Date. 2/18/15.
Assistant Public Defender.
Harris County, Texas, TBN 00191195
1201 Franklin street, 13th Floor
Houston, Tx. 77002
          Re: Alan Omar Rodriguez.v. The State of Texas NO.01-14-00206-CR.
1378403-10-10,

Dear Javi.          "Instanter"
With all due respect.
     I have followed your advice in the notes you mailed me
to File a Motion for Extension of Time. However; I indeed
feel that in Order to File a P.D.R. You need to Send
me the appeals Brief and the Courts of Appeals Opinion
& Judgement along with the Trial Transcripts with
all the record on discovery; Court Clerks Record.
Police Report Trial Docket Sheet etc. etc. Indictment
also.
     It is imperative that you send me this as soon as
possible, as you are well aware that time to File
is Strictly construed by the Courts and I don't
want to default are be time barred.
     I sincerely appreciate your kind time & service and my
thanks are in advance. Thank you and may God
bless you.
                    Yours truly;
                         Alan Omar Rodriguez
                         1978606 Fm. 655
                         Rosharon Tx 77583

c.m.
ct. of Cri. App.

Court of Criminal Appeal
of Texas
P.o.Box. 12308
Austin.Tx 78711

Honorable Juez
              es un Honor escribirle esta
Carta. y espero que me la Resiva y en lo actual
disculpandome Por que esta escrita en español
y el Tiempo que va A desidir Para leer mi Testimonio
deTeme decirle No me are Culpable. A la Causa
maniPulada. desonrranda esta Causa la Considero
un acTo. de barbarie. iNumano. yo no Padesco de
deseguilibrios. menTales. No soy sicoPaTa.
deTeme saberle. que yo he TrabaTado Por muchos años
diferenTes ComPleTos de alParTamenTos de
vivienda me he Relacionado Con diferenTes
Razas de Familia y las comunidades me
Conosen Como uNa Persona TrabaTadora de
buenos PensamienTos y ResPonsable. mi acTitud
es diferenTe a Todo aquel iNdividuo que esta
Por esTa Causa mosTroza que es deTenerada.
              Honorable Juez
usTed Puede observar al PrinsiPio de esTe
TesTimonio que me Refiero. a la maniPulacion
me esToy Refiriendo. a la secuesTradora de mi
hiTo

Honorable Juez

espero su comprension

le comfirmo que la manipulacion me dirijo a la persona que secuestro ami hijo. ella es la Protagonista de esta causa y complisidad de mi esposa la persona como yo le explico se llama Cristina Nuñez es la que A tenido en cautiverio A mi hijo Por muchos años que lamentablemente no le conosco la secuestradora Tuvimos una conversacion por via Telefonica yo A esta persona no le conosco ella me offrecio varias offertas yo no las asepte A canvio de mi hijo. yo le pedi que me entregara ami hijo. ella Respondio que yo estava peleando algo que no me pertenese por que ella Tiene la custodia del Juez del estado de California yo le di la explicacion A mi esposa y ella Respondio que Teniamos que darle mas Tiempo si la secuestradora Tomatha una decicion. Para que nos entregara a a mi hijo. pero paso el Tiempo. y no Tuvimos Ninguna Respuesta y pensamos en un acuerdo Para hir por el. mi esposa viajo en dos ocasiones. la Primera vez Solo se Trajo A 3 de mis hijos. el otro no lo quiso entregar. fue Por segunda vez. y esta persona lo escondio en un Rancho ami hijo yo le aclare a mi esposa que iba a poner una demanda Para que ella me entregara

Continuando

mi hijo, mi esposa no se encontrava de acuerdo despues que le dije que iva A vuscar por la via legal. discutiamos a diario por la decicion y comenso su actitud diferente. en varia ocaciones se enserraba en la bitacion con Claudia. y se llego una noche. eran como las 7-A-8- yo me encontrava en la sala. y tomo la llaves del auto y me dijo lla Regreso voy a la Tienda- al Tiempo Regreso compro un frasco de Ampolletas de Ajo de Alto miligramos y me explico que Teniamos que darle 2 a Claudia en la mañana y llo le Pregunte Para que era eso Para que Rebajara de Peso. y se llego el dia siguiente en la mañana y ella me dijo dele las dos Pildoras a claudia por que se van a ir Todos com migo a la contruccion- y cuando Regreso. nuestra hija venia con sus Parte intimas inrritada y yo le Pregunte que le avia Pasado ella aclaro que el calor- y las Pildoras de ajo le avian echo Rosadura en la aria intima y se llego la noche. en ese momento yo me encontrava afuera en el Patio de la casa luego entre y le Pregunte a mis otros hijos que donde estava su mama. ellos Respondieron en el baño yo me diriji al baño. y vi Por una Ranura de la

Puerta decidi entrar despasiomente y se
sorprendio y su actitud se puso nerviosa
y yo le dite por que asia eso. Su vos quevrantada
Respondio nada y le vi en su mano un isopo
largo y groueso. Pero no tenia crema o medicamento
y yo le dite llevela al medico no le aga
eso. Por que usted esta introduciendole ese
isopo. duro. en la parte jenital a la
niña Fue cuando dio otra vercion que
la niña avia usado un inodoro publico en la
Contruccion y que talves avia agarrado una
vacteria al dia siguiente Fueron al medico
Cuando Regresaron yo les preGunte que havia
dicho el medico. Respondieron todo esta vien
yo le dite a mi esposa que queria comversar
con el medico ella Respondio no es nesesario
y le ise varias preGuntas a claudia. ella dito
que no sabia nada de que su mama abia
comversado con el medico. a los dias el frasco
se desaparesio. y llo le preGunte a mi esposa
donde esta el frasco. que lo avia puesto en la
basura junto con el isopo.

ConTinuando
Testimonio
dejeme decirle

que la discucion ConTinuava
sin no Tener Agrecion Fisica. no verval
el dia del arresto. yo le ise la llamada
Por la Tarde. Por que nadie se enconTrava
en casa. y ella ConTesTo. y diTo. que Pasa
Por que usTed me llama. yo Respondi A que
horas va llegar A casa. Respondio ella PronTo
y colGue. y ella ReTrosedio la llamada. No. vuelva
Adacme llamando. y colGo. yo le ReTrosedi
la llamada i le diTe y usTed Por que se molesta
y Cuando usTed Piensa PaGarme los TrabaTos
que le ido aser ala ConTruccion. y RespondioN
Con una mala exPrecion. i ColGo. le ReTrosedi
la llamada Por que usTed me colGo. ella diTo
ha Tener que irse Para su Pais ya le AveriGue
los boleTos de Avion Por emerTencia. el CosTo
es de 800 dollares. y yo le PreGunTe me esTa
Corriendo. Por que TenGo que irme. si diTo ella
Por que usTed Tiene un Problema. serio. y yo
RespondiN Cual Problema que llo esToy enTerado
nose de que esTa Ablando. usTed es que
Claudia le diTo ala docTora que usTed la
Avia Tocado inaProPiada. yo Respondi
eso es idea suya deteme ablar con Claudia

mi esposa dijo NO usTed No le permitire
que Comverse con claudia NO le va aser
PreGunTas. Y Yo Respondi venGa a la casa
en unos minuTos esToy alli dijo ella en casa
Asi Fue enTro y dijo aqui le TraiGo la seña
Ai que ablarle al aboGado a daniel corno
Por que RealmenTe hay un herror Y Yo le
diTe Cual herror. en eso enTro el official
Y dijo que Pasa aqui Nadie ResPondio nada
Yo. me enconTrava de Pie en lado del soFFa
de la sala. Y el official se aserco al soFFa
Y levanTo. los coTines. Y desPues se Fue a la
Recamara. masTer. Y enTro a los baños. asiendo
la Revicion. Y desPues se diriTio a las oTras
dos Recamaras Y lueGo ReGreso Cuando Termino
la Revicion. se Puso de Pie en direccion de
ambas Recamaras Y lueGo. observo.uN.Fucil de
PosTas que Tenia Yo a UN lado. que se
enconTrava a la derecha donde esTava el official
el se Puso a observar el Fusil. mi esPosa
se enconTrava en la sala Con mi hiJa mayor
Y la menor. Y mi esPosa obtuvo la holorTunidad
de que el official esTava disTrido Con el
Fucil observandolo mi esPosa Con Presicion
se diriTio a la Recamara Y Salio Con el
Revolver en la mano derecha Evadiendo al
official Por el lado de la esPalda

Sin que el se diera cuenta- y la coloco
en la mesa y de alli le llamo al official
Pero el official Penso que le ablava de la
Recamara master- y el se dirisio a esa
Recumara- dijo ella No es aqui el se Regreso
Fue Cuando el salio y me dijo es suyo
esto si le dije yo- el official Comenso
a Pasiarse aun lado a otro con el arma
en la mano- sin Preguntar nada el sencontrava
Conduda Por que el lla avia echo la Revicion
en la Residencia a los minutos se Presento
el official langoria y entro a casa y el
Fue que me interrogo- y ami esposa y mi hija
y despues Cuando Termino la interrogacion
el se aserco- al auto Patrulla donde estava yo
esposado y me dijo No es creible lo que
disen ellas ya las interrogue. deteme un
Numero de Telefono- y una direccion donde
Pueda localisarlo Por que usted llano
Puede vivir con esa mujer llo le dije
este vien Pero ellos Camviaron de idea
y me llevaron a una estacion de Policia
y despues me Trasladaron Harris County

Continuando
Testimonio

me Asignaron

un aboGado de la corte.
el Nombre del aboGado es Ricardo-N-GonZaleZ
Pasaban los meses-el siemPre llegava a visitarme
dialoGamos Por esTa causa que me Pusieron
el aboGado me Traia siemPre Testimonio
variables. que NO conTeniavaN Y desPues
me PresenTo un documenTo. que Yo era
PorTador de un viros-Primero el decia
que hera sida Y desPues diTo que era
enfermedad Veneria-Y desPues diTo que
hera un viros. que salian Granos en la cara
en los hoTos en la voca-Y me mostro un
documenTo. de analisis-que obTenia unos
siGNiFicados variables-Y la misma Fecha
de cada año-osea del 2-3-del mes del año
Y desia 209.P-Y NeGaTivo-Y.EquivoCado.
Y en la siGuienTe siTa Nos senTamos a
dialoGar Y me diTo. aGase culPable. mi
RespuesTa NO-hay 30 años en la mesa
NO que damos en acuerdo. el diTo vamos
a ReGresar-se lleGo la oTra siTa a corTe
Y lueGo se PresenTo Y diTo-le TraiGo
25-aGase CulPable NO le diTe Yo
NO le asePTare. NiNGun TienPo

el aboGado Respondio. lo llevaremos a
Juicio. enVarias ocaciones Puso Feche
esas Fechas- Fueron aPlazadas Y NO Tove
NiNGuNa INformacion Por las Fechas aPlazadas
de los Juicios- la siGuienTe CorTes
Nos volvimos. aver Y me diJo. Va ver el Juez
Como usTed NO quiso Firmar el le vadar
el veredicTo. Pase. aver al honorable Juez
Ryan PaTrick. el NO dio uN veredicTo
el diJo siGa dialoGando CoN su abaGado
el aboGado Ricardo. me visiTo. Como siemPre
el me diJo va ver de Nuevo al honorable
Juez- se lleGo el dia de la CorTe Y Pase
aver al Juez. [Honorable] el me dio uNas esPlicaciones
Y Cuando llo diJe. miseñoria el aboGado
me RePrendio CoN Furia me diJo TenGa
RespeTo. el aboGado escucho mal mi
esPrecion. Y desPues me Pidio disculPas
Yo ise uNa carTa Para el [Honorable] Juez Pidiendole
que me camViara de aboGado- Y Pase de Nuevo
aver al [Honoble] Juez - el diJo- que NO me CoNsedia esa
PeTicion. Por el aboGado Ricardo GonZalez
el sabia como Pelear los casos- Puede seGuir
dialoGando CoN su aboGado

## Continuando

se llego la proxima sita con el abogado
me dijo - hay - lo - años Firmelos Porque
una Indesensia - No le aseplo - una oferta
Por que usted a Evadido que Tengamos
una entrevistas con los medicos
Jeneral de Cabesera para dialogar
Por ese viros que usted dise. dejeme
decirle la desena de medicos que he Tenido
ellos no andado un dianostico No
Existe medicamento o Tratamiento
Por ese supuesto viros. ise marcho
en la Proxima corte los vimos y medijo
vanonos a Juicio. si esta vien le
Respondi se llego el Juicio. No se Presento
el official longoria - No se Presento el
doctor casillas - a la doctora Honny
la encontraron mintiendo el Juicio
No Presentaron es perma como Poveva
hotras Pruevas conduclentes el abogado
afirmo que No Existia Prueva alguna
el me dijo en el Juicio No se aga
culpable No Presentaron medicamento
que me haiga asignado en Toda este
Tiempo

# Continuando

Finalizo el Iuicio. me conderaron a 80 años. yo no queria firmar esa condena. Por que yo no he cometido ese crimen me isieron firmar a la fuerza: el aboGado me dijo que si no firmaba que me ivan alastimar. me doblaron mi mano. el exseso de fuerza usted Puede observar la huesa esta forzada. yo los veia felizes Por el Triunfo. yo los Perdono. no TenGo nada contra el estado. no aGuardo Rencor con nadie el arma no la Robe la compre en 500 dolares. sin ninGun ProPosiTo de aserle daño a nadie yo no le Pido Clemensia Por que no soy culPable le Pido una hoPorTunidad Para irme a Trabata y conProbarle que no soy un PeliGro Para la sociedad

Honorable Juez. espero su comPrensio

Grasias